UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                                    **ORDER TO CONTINUE**
                                                       1:22-cr-00409-HG-6 & 7
(6) ALEXEY BRAYMAN, and
(7) VADIM YERMOLENKO,
         Defendants.

**HECTOR GONZALEZ**, United States District Judge:

Upon the joint application of Breon Peace, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Andrew Artie McConnell, David G. Lazarus, counsel for Defendant Alexey Brayman, and Nora K. Hirozawa, counsel for Defendant Vadim Yermolenko, for an order granting a continuance of proceedings in the above-captioned matter;

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The failure to grant a continuance would deny counsel for the Defendants and counsel for the Government the reasonable time necessary to explore potential plea negotiations, taking into account the exercise of due diligence.

2. As a result of the foregoing, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial.

IT IS, therefore, on this 31st day of January, 2022,

ORDERED that this action be, and hereby is, continued until _____; and it is further

ORDERED that the period from the date of this order through _____,

be, and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 et seq.

SO ORDERED.

_____
HECTOR GONZALEZ
United States District Judge

Dated:        Brooklyn, New York